REDACTED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION



-FILED-

MAY 2 4 2023

At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | |
| v. | ) | Cause No. 1:23-CR-*36* |
| | ) | Violation: |
| | ) | 18 U.S.C. §§ 922(a)(1)(A), 923(a) |
| | ) | and 924(a)(1)(D) and 18 U.S.C. § 2; |
| HAYDEN D. SWEET | ) | 18 U.S.C. § 924(a)(1)(A) |

**THE GRAND JURY CHARGES:**

### COUNT 1

Beginning on or about March 23, 2021, and continuing through on or about March 21, 2023, in the Northern District of Indiana,

### HAYDEN D. SWEET,

defendant herein, not being a licensed dealer and manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully aid persons known and unknown to the grand jury to engage in the business of manufacturing and dealing firearms;

All in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) and 18 U.S.C. § 2

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNTS 2 - 6</u>

Beginning on or about September 28, 2021, and continuing until on or about June 1, 2022, in the Northern District of Indiana,

HAYDEN D. SWEET,

defendant herein, did knowingly make a false statement and representation to Bell Armor, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Bell Armor, in that in connection with the purchase of a firearm, the defendant did complete and execute an ATF Form 4473, causing a false statement and representation to be made on the Firearms Transaction Record by answering "yes" to the question: "Are you the actual transferee/buyer of the firearm(s) listed on this form and any continuation sheet(s)," knowing that information to be false, in the following manner:

Count 2: On September 28, 2021, during the purchase and transfer of a Sig Saur P220;

Count 3: On November 30, 2021, during the purchase and transfer of a Betsy Ross receiver set and three Thunder Ranch complete lower receivers;

Count 4: On January 19, 2022, during the purchase and transfer of a Desert Wetlands Builder Set;

Count 5: On March 29, 2022, during the purchase and transfer of five Aero Precision lower receivers;

Count 6: On June 1, 2022, during the purchase and transfer of three Aero Precision lower receivers;

All in violation of 18 U.S.C. § 924(a)(1)(A).

## FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of a firearm offense(s) alleged Counts 1 – 6 in this Indictment, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearms and ammunition involved in the commission of the offense(s).

A TRUE BILL

*/s/Foreperson*
Foreperson

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

*/s/ Stacey R. Speith*
By:   Stacey R. Speith
Assistant United States Attorney